UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

**United States Courts**
**Southern District of Texas**
**FILED**

JAN 18 2017

**David J. Bradley, Clerk**
**Laredo Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| OSCAR DAVID GONZALEZ II | § § | L-17-0067 |

## INDICTMENT

**MGM**

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about December 2, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**OSCAR DAVID GONZALEZ II,**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Carlos Sanchez by use and means of a deadly and dangerous weapon, to-wit: a motor vehicle, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Jorge Vela
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET  L-17-0067

NO.

__LAREDO__  DIVISION
FILE: 16-23665   MAG#:
INDICTMENT          Filed: January 18, 2017          Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

KENNETH MAGIDSON, USA
VS.                                    Jorge Vela, AUSA

**OSCAR DAVID GONZALEZ II**


**CHARGE:**  Ct 1: Assault on a Federal Officer by use of a deadly or dangerous weapon
           [18 USC 111(a) and (b)]

**TOTAL COUNTS: 1**

**PENALTY:**  Ct.1:  0-20 and/or $250,000, $100 Special Assessment,
                     Not More Than a 3 Year Term of Supervised Release


In Jail:


On Bond:


Name & Address of Surety:


No Arrest: